UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA ZELNER by her next friend, STEVEN ZELNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIFIN INC.,<br><br>Defendant. | Civil Action No. 20-cv-03585<br><br>Hon. Mary M. Rowland |

**STATUS REPORT**

Pursuant to the Court's Order of July 9, 2020 (Dkt. No. 4), Plaintiff Sandra Zelner, by her next friend Steven Zelner, via counsel, respectfully submits the following status report:

I. The Nature of the Case

   A. Plaintiff filed her Complaint on June 18, 2020.

   B. Plaintiff is currently in the process of serving Defendant.

   C. Plaintiff respectfully request that the Court set a new date in October for parties to file a joint status report. This will give Plaintiff time to serve Defendant, and Defendant time to answer Plaintiff's complaint.


Respectfully Submitted,

*s/ Celetha Chatman*
Celetha Chatman
Michael Wood
Community Lawyers, LLC.
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312)757-1880

Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Celetha Chatman, an attorney, hereby certify that on August 31, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: August 31, 2020**                                                                                  Respectfully submitted,

                                                                                                                        By: */s/ Mario Kasalo*