UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA ZELNER by her next friend, STEVEN ZELNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIFIN INC.,<br><br>    Defendant. | Civil Action No. 20-cv-03585<br><br>Hon. Mary M. Rowland |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, the above-titled action against Defendant shall be dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: December 10, 2020

                   Respectfully submitted,

                   /s/ *Celetha Chatman*
                   Celetha C. Chatman

Michael Wood
Celetha Chatman
**Community Lawyers, LLC.**
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 476-1362
mwood@communitylawyersgroup.com
cchatman@communitylawyersgroup.com

**CERTIFICATE OF SERVICE**

I, Celetha C. Chatman, an attorney, certify that I shall cause to be served a copy of the **Notice of Voluntary Dismissal** upon the following individual(s), as indicated below, this day of December 10, 2020 along with a certified copy of the notice entered in the case referenced above:

| | | |
|---|---|---|
| ___ | CM/ECF | Unifin, Inc. |
| ___ | Facsimile | c/o Ian Saric |
| ___ | Federal Express | 5996 W Touhy Ave Suite, 2000 |
| ___ | UPS | Niles, IL. 60714 |
| ___ | USPS Mail | ian@unifinrs.com |
| ___ | Messenger | |
| _X_ | Email | |